

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

OCT 1 8 2023

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:23-CR-111  JDK-JDL |
| | § | |
| ANDREW GREEN | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### INTRODUCTORY ALLEGATIONS

1. Defendant **Andrew Green** resided in Smith County, Texas, within the Eastern District of Texas.

2. ASG Family Investments, LLC ("ASG"), doing business as Mr. Appliance of East Texas ("Mr. Appliance") was a limited liability corporation doing business in Tyler, Texas, within the Eastern District of Texas. Mr. Appliance was in the business of repairing electrical appliances. ASG has operated Mr. Appliance since January 2011.

3. **Green** was the only director and sole shareholder of ASG. **Green** was the general manager of ASG and exercised control over every aspect of the business affairs of ASG, including approving all payments by the company and controlling all of the bank accounts of ASG.

4. The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for administering the federal tax laws of the United States and for the collection of taxes owed to the United States.

*UNITED STATES V. ANDREW GREEN:*
INDICTMENT

PAGE 1

5.     The Federal Insurance Contribution Act ("FICA") required employers to withhold Medicare and Social Security taxes from their employees' wages.  The Internal Revenue Code also required employers to withhold federal income taxes from their employees' wages.  Collectively these taxes are known as "trust fund taxes" because employers, who hold these taxes in trust for the United States, were required to pay them over to the IRS on behalf of their employees.

6.     Every employer must have had at least one person with the obligation to collect, account for, and pay over trust fund taxes.  Such persons are called "responsible persons."  **Green** was a responsible person obligated to withhold trust fund taxes from ASG's employees' wages and to pay over the trust fund taxes to the IRS.

7.     In addition to trust fund taxes, the Internal Revenue Code also required employers to pay an employer's share of employees' FICA taxes to the IRS. Collectively, the combined employees' trust fund taxes and employer's share of FICA taxes are referred to as "employment taxes."

8.     For employers whose annual liability for trust fund taxes is greater than $1,000, responsible persons were required to report the employment taxes due for the employer on an Employer's Quarterly Federal Tax Return ("Form 941").  The Form 941 was due to the IRS at the end of the month following the end of each calendar quarter and reported the total amount of wages and other compensation subject to withholding, the total amount of income tax withheld, the total amount of employment taxes due, and the total tax deposits the employer made with the IRS.

9.     **Green** caused trust fund taxes to be withheld from the ASG's employees' wages but failed to fully pay those trust fund taxes over to the IRS from the third quarter of 2017 through the fourth quarter of 2021, along with other tax deficiencies.  Altogether, during these eighteen quarters, **Green** failed to account for and pay over $229,397.52 in employment taxes, as set forth below:

a.  Third Quarter of 2017     $12,729.23
b.  Fourth Quarter of 2017    $12,505.57
c.  First Quarter of 2018     $10,091.82
d.  Second Quarter of 2018    $11,518.59
e.  Third Quarter of 2018     $9,547.53
f.  Fourth Quarter of 2018    $9,339.64
g.  First Quarter of 2019     $8,268.25
h.  Second Quarter of 2019    $8,905.40
i.  Third Quarter of 2019     $9,457.67
j.  Fourth Quarter of 2019    $9,651.65
k.  First Quarter of 2020     $9,862.46
l.  Second Quarter of 2020    $11,772.90
m.  Third Quarter of 2020     $13,513.78
n.  Fourth Quarter of 2020    $15,963.56
o.  First Quarter of 2021     $15,166.66
p.  Second Quarter of 2021    $18,365.66
q.  Third Quarter of 2021     $22,215.95
r.  Fourth Quarter of 2021    $20,521.19

## COUNT 1

Violation:  26 U.S.C. § 7202 (Willful failure to collect or pay over tax)

Beginning on or about April 30, 2017, and continuing through on or about September 30, 2023, in the Eastern District of Texas and elsewhere, the defendant, **Andrew Green**, did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes withheld and Federal Insurance

Contributions Act ("FICA") taxes due and owing to the United States on behalf of ASG

Family Investments, LLC and its employees, in the total amount of $229,397.52,

In violation of 26 U.S.C. § 7202.

A TRUE BILL,

_____10/18/23_____
Date

_____C SR_____
FOREPERSON OF THE GRAND JURY

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____
ROBERT AUSTIN WELLS
ASSTISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:23-CR__ |
| | § | |
| ANDREW GREEN | § | |

## NOTICE OF PENALTY

## COUNT 1

VIOLATION:          Title 26, United States Code § 7202 (Willful failure to collect or pay over tax)

PENALTY:            Imprisonment for not more than five (5) years; a fine not to exceed $250,000; or both such imprisonment and fine, together with the costs of prosecution; a term of supervised release of not more than three (3) years.

SPECIAL ASSESSMENT:          $100.00